880

No. 346, Misc.  LONG v. IOWA; and

No. 379, Misc.  IN RE COON.  Motions for leave to file · petitions for writs of certiorari denied.

No. 350.  UNITED STATES v. MANUFACTURERS NATIONAL BANK OF DETROIT, EXECUTOR.  Appeal from the United States District Court for the Eastern District of Michigan.  Probable jurisdiction noted.  *Solicitor General Rankin, Acting Assistant Attorney General Sellers, Myron C. Baum* and *L. W. Post* for the United States. *Henry I. Armstrong, Jr.* and *Louis F. Dahling* for appellee.

No. 321.  SUN OIL CO. v. FEDERAL POWER COMMISSION. C. A. 5th Cir.  Certiorari granted.  *Martin A. Row, Robert E. May* and *Omar L. Crook* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade, Willard W. Gatchell* and *Howard E. Wahrenbrock* for respondent.

No. 389.  FEDERAL TRADE COMMISSION v. ANHEUSER-BUSCH, INC.  C. A. 7th Cir.  Certiorari granted.  *Solicitor General Rankin, Acting Assistant Attorney General Bicks, Charles H. Weston* and *Alan B. Hobbes* for petitioner.  *Charles M. Price, Robert C. Keck, Edgar Barton* and *Thomas J. Carroll* for respondent.

No. 335.  SUNRAY MID-CONTINENT OIL CO. v. FEDERAL POWER COMMISSION.  C. A. 10th Cir.  Certiorari granted. *James C. Denton, Jr., M. Darwin Kirk* and *Dale E. Doty* for petitioner.  *Solicitor General Rankin. Assistant Attor-*

ney *General Doub, Samuel D. Slade, Willard W. Gatchell* and *Howard E. Wahrenbrock* for respondent.

No. 339. NEW HAMPSHIRE FIRE INSURANCE CO. *v.* SCANLON, DISTRICT DIRECTOR OF INTERNAL REVENUE, ET AL. C. A. 2d Cir. Certiorari granted. *Myron Engelman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *Joseph Kovner* for the District Director of Internal Revenue, respondent.

No. 359. COMMISSIONER OF INTERNAL REVENUE *v.* GILLETTE MOTOR TRANSPORT, INC. C. A. 5th Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Rice* and *A. F. Prescott* for petitioner. *Joseph A. Maun* and *John A. Murray* for respondent.

No. 360. UNITED STEELWORKERS OF AMERICA *v.* AMERICAN MANUFACTURING CO. C. A. 6th Cir. Certiorari granted. MR. JUSTICE BLACK took no part in the consideration or decision of this application. *Arthur J. Goldberg* and *David E. Feller* for petitioner. *Harold M. Humphreys* for respondent.

No. 317. INTERNATIONAL ASSOCIATION OF MACHINISTS, LOCAL LODGE No. 311, AFL-CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Plato E. Papps* and *Bernard Dunau* for petitioners. *Solicitor General Rankin, Stuart Rothman, Thomas J. McDermott, Dominick L. Manoli* and *Norton J. Come* for respondent.